UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL CORDOVA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IMPERIAL COUNTY NARCOTICS TASK FORCE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  21cv445-BEN-LL<br><br>**TRANSFER ORDER** |

　　It is hereby ordered that the case of <u>Cordova v. Imperial County Narcotics Task Force, et al.</u>, 21cv445-BEN-LL, be transferred from the calendar of the Honorable Linda Lopez to the calendar of the Honorable Ruth Bermudez Montenegro for all further proceedings.

　　**IT IS SO ORDERED**.

Dated:  March 17, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge

1

21cv445-BEN-LL