UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MANUEL CORDOVA,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>IMPERIAL COUNTY NARCOTICS TASK FORCE, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 21cv445-BEN-LL<br><br>**TRANSFER ORDER** |

　　　Due to a conflict, it is hereby ordered that the case of <u>Cordova v. Imperial County Narcotics Task Force, et al.</u>, 21cv445-BEN-LL, be transferred from the calendar of the Honorable Ruth Bermudez Montenegro to the calendar of the Honorable Linda Lopez for all further proceedings.

　　　**IT IS SO ORDERED**.

Dated:  March 18, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Linda Lopez
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge